**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Felda Plantation, LLC, | Case No. 11-14614 |
| Debtor. | Judge |
| _____/ | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY FOR FELDA PLANTATION, LLC**

Felda Plantation, LLC ("Debtor"), debtor and debtor-in-possession, by and through its proposed undersigned counsel and pursuant to Administrative Order FLMB-2009-1, hereby files this Chapter 11 Case Management Summary and respectfully states as follows:

**Description of Debtor's Business**

Debtor is a limited liability company that owns and operates a citrus grove consisting of approximately 793 acres of Valencia orange trees and 87 acres of red grapefruit trees.

**Location of Debtor's Operations and Whether Leased or Owned**

The Debtor's citrus grove consists of 1,205 total acres in Felda, Hendrey County, Florida, located on Church Road, all of which property is owned by the Debtor. The Debtor's principal business address is 23190 Fashion Drive, #205, Estero, Florida 33928, which space is shared with other entities and for which Debtor pays $2,500 per month in rent/office expense.

**Reasons for Filing Chapter 11**

Debtor seeks bankruptcy protection so that it can maintain operations while restructuring its financial obligations to M&I Marshall & Ilsley Bank ("M&I Bank") and assessing other alternatives pertaining to the disposition of its operations and assets.

**List of Officers and Directors, if Applicable, and Their Salaries and Benefits at the Time of Filing and During the 1 Year Prior to Filing**

| Name | Title | Benefits/Compensation |
|------|-------|----------------------|
| Franz Rosinus | President of Corkscrew Plantation VII, Inc., Manager of Debtor | In 2011, Mr. Rosinus receives a management fee of $15,000 per month.<br><br>In 2010, Mr. Rosinus received a management fee of $15,000 per month, but the cost was allocated among Debtor and six affiliates including Old Corkscrew Plantation, LLC; Old Corkscrew Plantation II, LLC, Old Corkscrew Plantation III, LLC; Old Corkscrew Plantation IV, LLC; Old Corkscrew Plantation V, LLC; Old Corkscrew Plantation VI, LLC. |

**Debtor's Annual Gross Revenues**

2010 – approximately $5,626,314.

2011 – approximately $3,350,921 through June 30.

**Amounts Owed to Various Classes of Creditors:**

a. **Obligations owed to priority creditors such as governmental creditors for taxes:**

Taxes are current.

b. **Identity, collateral, and amounts owed to secured creditors, and**

M&I Bank is owed approximately $72,034,354, secured by a lien on Debtor's real estate and most other assets.

c. **Amount of Unsecured Claims**

Unsecured creditors are owed approximately $2,159,350.

2

**General Description and Approximate Value of the Debtor's Current and Fixed Assets**

Current assets as of 6/30/2011 – book value of approximately $323,721

Fixed assets as of 6/30/2011 – book value of approximately $12,762,174

Other assets as of 6/30/2011 – book value of approximately $1,040,742

**Number of Employees and Amounts of Wages Owed as of Petition Date**

The Debtor has no employees. All "care take" and maintenance services for the citrus grove are performed by independent contractors, primarily Arcadia Citrus Enterprises, which has received payment on its most recent monthly invoice of approximately $35,000, but which is owed on an accrual basis.

**Status of Debtor's Payroll and Sales Tax Obligations, if Applicable**

Not applicable.

**Anticipated Emergency Relief to be Requested Within 14 Days from the Petition Date**

Motion of Debtor and Debtor-in-Possession for Order Authorizing Interim and Permanent Use of Cash Collateral and Granting Adequate Protection.

Respectfully submitted,

*/s/ Michael P. Shuster*
Michael P. Shuster (FL Bar No.0051564)
Joseph G. Foster (FL Bar No. 0301980)
PORTER WRIGHT MORRIS & ARTHUR LLP
9132 Strada Place, 3rd Floor
Naples, Florida 34108-2683
Telephone: (239) 593-2900
Facsimile: (239) 593-2990
E-mail: mshuster@porterwright.com
jfoster@porterwright.com

*Proposed Attorneys for Debtor
and Debtor-in-Possession*